**JUDGE GRIESA**

08 CV 4469

PROSKAUER ROSE LLP
Joseph Baumgarten
Steven Yarusinsky
1585 Broadway
New York, New York  10036
T:  (212) 969-3000
F:  (212) 969-2900
*Attorneys for Defendant*
*Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A.,*
*Rabobank Nederland*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VICTOR MAKAROV,

        Plaintiff,

  -against-

COOPERATIEVE CENTRALE RAIFFEISEN-
BOERENLEENBANK B.A., "RABOBANK
NEDERLAND",

        Defendant.

------------------------------------------------------------x

Civil Action No. 08 CV 4469 (TPG)

**STATEMENT PURSUANT TO RULE 7.1(a)**

**ECF Case**

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Cooperative Centrale Raiffeisen-Boerenleenbank B.A., "Rabobank Nederland" (hereafter "Rabobank"), a cooperative banking organization organized under the laws of The Netherlands, certifies that Rabobank has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: May 13, 2008

PROSKAUER ROSE LLP

By: /s/ Steven Yarusinsky
Joseph Baumgarten
Steven Yarusinsky

(jbaumgarten@proskauer.com)
1585 Broadway
New York, New York 10036
T: (212) 969-3000
F: (212) 969-2900
*Attorneys for Defendant*
*Cooperatieve Centrale Raiffeisen-*
*Boerenleenbank B.A., Rabobank*
*Nederland*