UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VICTOR MAKAROV,

               *Plaintiff,*

-against-

COOPERATIEVE CENTRALE RAIFFEISEN-
BOERENLEENBANK B.A., "RABOBANK
NEDERLAND,"

               *Defendant.*
------------------------------------------------------------------X

08 CV 4469 (TPG)

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial with respect to all issues raised by the Complaint.

Dated: New York, New York
       May 14, 2008

                                                        **SCHWARTZ & PERRY, LLP**
                                                        *Attorneys for Plaintiff*

                                                        By: _____
                                                          MURRAY SCHWARTZ (MS 7075)
                                                          BRIAN HELLER (BH 4004)
                                                          295 Madison Avenue
                                                          New York, New York 10017
                                                          (212) 889-6565

TO:   **Office of the Clerk of the Court**
       United States District Court
       500 Pearl Street
       New York, New York 10007

       **PROSKAUER ROSE LLP**
       Joseph Baumgarten
       Steven Yarusinsky
       *Attorneys for Defendant*
       1585 Broadway
       New York, New York 10036

# AFFIDAVIT OF SERVICE

COUNTY OF NEW YORK )
                   )ss:
STATE OF NEW YORK  )

I, Michael Marino, being sworn, say: I am not a party to this action, am over 18 years of age, and reside in New York, New York 10028.

On May 14, 2008, I served the within Plaintiff's Jury Demand by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

>Proskauer Rose LLP
>1585 Broadway
>New York, New York 10036

_____
MICHAEL MARINO

Sworn to me this 14th
day of May 2008

_____
NOTARY PUBLIC

BRIAN A. HELLER
Notary Public, State of New York
No. 02HE6081554
Qualified in New York County
Commission Expires October 7, 2010