AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

## APPEARANCE

Case Number: 08 CV 4469 (TPG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Victor Makarov.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/15/2008 | *[signature]* |
| Date | Signature |
| | Brian Heller — BH 4004 |
| | Print Name — Bar Number |
| | 295 Madison Avenue |
| | Address |
| | New York, New York 10017 |
| | City / State / Zip Code |
| | (212) 889-6565 / (212) 779-8208 |
| | Phone Number / Fax Number |