UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VICTOR MAKAROV,

                Plaintiff,

       - against -

COOPERATIEVE CENTRALE RAIFFEISEN-
BOERENLEENBANK B.A., "RABOBANK
NEDERLAND",

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.   08CV4469 (TPG)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ss.:
COUNTY OF NEW YORK  )

    ALLEN F. HEALY, being duly sworn, deposes and states:

    1. I am not a party to this action, am over eighteen years of age, and reside in Bronx, New York.

    2. On May 13, 2008, at approximately 1:47 pm, I served , by hand, a true copy of the Notice Of Filing Of Notice Of Removal, upon Mr. Jack Dooley, County Clerk, at the Law & Equity Department, at 60 Centre Street, Room 141B, New York, New York 10007.

    3. Mr. Dooley represented that he was authorized to accept service. He was a White male, with grey hair, medium-built, fair complexion, approximately 50 – 55 years old, around 160-170 lbs, and about 6'1" tall.

    5. On May 13, 2008, at approximately 2:10 pm, I served , by hand, a true copy of the Notice Of Filing Of Notice Of Removal, upon Mr. Matthew Schatz, Esq., on behalf of Murray

Schwartz, Esq., at Schwartz & Perry LLP, Attorneys for Plaintiff, 295 Madison Avenue, 26th Floor Reception Area, New York, New York 10017.

6. Mr. Schatz represented that he was authorized to accept service. He was a White male, with brown hair, medium-built, fair complexion, approximately 30 – 35 years old, around 160-170 lbs, and about 5'10" tall.

*Allen F. Healy*
Allen F. Healy
Process Server's License #0921311

Sworn to before me this
15th day of May 2008.

*(Notary Public)*

MARY JANE McALEAVY
Notary Public, State of New York
No. 31-4987312
Qualified in New York County
Commisson Expires October 7, 2009