UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

VICTOR MAKAROV,

            Plaintiff,

   - against -

COOPERATIEVE CENTRALE RAIFFEISEN-
BOERENLEENBANK B.A., "RABOBANK
NEDERLAND",

            Defendant.

------------------------------------x

Civil Action No.   08CV4469 (TPG)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              ss.:
COUNTY OF NEW YORK  )

    ALLEN F. HEALY, being duly sworn, deposes and states:

    1. I am not a party to this action, am over eighteen years of age, and reside in Bronx, New York.

    2. On May 15, 2008, at approximately 12:47 pm, I served , by mail, true copies of the Individual Practices Of Judge Thomas P. Griesa, Individual Practices Of Magistrate Judge Ronald L. Ellis, Press Release dated 06/01/04, Standing order In Re Local Civil Rule 5.2 Electronic Filing Of Documents, Procedures For Electronic Case Filings, 3rd Amended Instructions For Filing Ab Electronic Case Or Appeal, and Guidelines For Electronic Case Filing, upon Murray Schwartz, Esq., at Schwartz & Perry LLP, Attorneys for Plaintiff, 295 Madison Avenue, New York, New York 10017.

3. I made said service by depositing a true copy of each the above referenced documents, enclosed in a prepaid, sealed wrapper, properly addressed to the above-named person, in an official depository, located on the northwest corner of Broadway and 48th Street, under the exclusive care and custody of the United States Postal Service within the State of New York.

*Allen F. Healy*
Allen F. Healy
Process Server's License #0921311

Sworn to before me this
15th day of May 2008

_____
(Notary Public)

KENNETH BIGLIANI
Notary Public, State of New York
No. 31-4970383
Qualified in New York County
Commission Expires August 13, 2000