PROSKAUER ROSE LLP
One Newark Center
Newark, New Jersey 07102
(973) 274-3200
Steven Yarusinsky
Attorneys for Defendant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VICTOR MAKAROV,

                         Plaintiff,

   -against-                                     08-civ-4469 (TPG) (RLE)

COOPERATIEVE CENTRALE
RAIFFEISEN-BOERENLEENBANK B.A.,        **STIPULATION AND ORDER**
"RABOBANK NEDERLAND",

                         Defendant.
------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that defendant Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A., Rabobank Nederland's time to answer is extended to and including June 9, 2008. There have been no prior requests for an extension of time to respond to the complaint.

PROSKAUER ROSE LLP                               SCHWARTZ & PERRY, LLP

By: /s/ Steven Yarusinsky                            By: /s/ Murray Schwartz
     Steven Yarusinsky                                     Murray Schwartz

One Newark Center, 18th Floor              298 Madison Avenue
Newark, New Jersey 07102                    New York, New York 10017
(973) 274-3200                                         (212) 889-6565
Attorneys for Defendant                           Attorneys for Plaintiff

SO ORDERED: /s/ Thomas P. Griesa   Dated: 5/16/08
                      U.S.D.J.